[pic]
 CAUSE NO. 12-13-00126-CR
 IN THE COURT OF APPEALS
 TWELFTH COURT OF APPEALS DISTRICT
 TYLER, TEXAS

Chester Alan Staples, } APPEALED FROM 3RD DISTRICT COURT
APPELLANT

V. } IN AND FOR

The State of Texas, } ANDERSON COUNTY, TEXAS
APPELLEE

 order

 Appellant is represented by Mr. William M. House, appointed counsel.
On December 9, 2013, the time to file appellant's brief expired without a
brief or a motion for extension of time. Tex. R. App. P. 38.6(a).
Pursuant to Tex. R. App. P. 38.8(b), counsel was notified on December 12,
2013, that his brief was past due and was given until December 23, 2013, to
file a brief or otherwise explain the delay. No satisfactory response has
been received.
 Pursuant to Tex. R. App. P. 38.8(b)(3), it is ORDERED that Honorable
Pam Fletcher, Judge of the 3rd District Court of Anderson County, Texas,
shall immediately conduct a hearing to determine (1) whether the appellant
still desires to prosecute his appeal; (2) whether the appellant is
indigent and either needs counsel appointed, or appellant's counsel has
abandoned the appeal; or (3) if the appellant is not indigent, whether a
brief has not been completed because retained counsel has either abandoned
the appeal or because appellant has failed to make necessary arrangements
for filing a brief; and (4) when appellant's counsel anticipates that the
appellant's brief, if a brief is to be filed, will be completed.
 It is FURTHER ORDERED that the judge shall (1) make appropriate
findings as to the above set forth issues and (2) cause a record of the
proceedings to be prepared.
 It is ADDITIONALLY ORDERED that once findings are made as to the
above set forth issues, if appellant is indigent, the judge shall (1) take
such measures as may be necessary to assure appellant's effective
representation, which may include the appointment of new counsel and (2)
make recommendations to this Court regarding a proper filing date for the
appellant's brief.
 It is FINALLY ORDERED that the supplemental clerk's record (including
any orders and findings) and the reporter's record of said hearing be filed
with the Clerk of this Court on or before February 3, 2014.
 WITNESS the Honorable James T. Worthen, Chief Justice, Court of
Appeals, 12th Court of Appeals District, Tyler, Texas.
 GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 3rd day
of January 2014, A.D.
[pic] Respectfully yours,

 Cathy S. Lusk, CLERK

 By: ______________________________
 Katrina McClenny, Chief Deputy
 Clerk